**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**CASE NO.: 1:26-cv-______**

**BENJAMIN SCHUMIN**,

Plaintiff,

v.

**PARADIGM PROPERTY MANAGEMENT, LLC**,

Defendant.

---

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff BENJAMIN SCHUMIN by and through his undersigned counsel, brings this Complaint against Defendant PARADIGM PROPERTY MANAGEMENT, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff BENJAMIN SCHUMIN ("Schumin") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Schumin's original copyrighted Work of authorship.

2. Schumin is an experienced photographer that focuses his craft on everyday human life. He is primarily interested in documenting the world around him, focusing on architecture, urban infrastructure, and transportation infrastructure..

3. Defendant PARADIGM PROPERTY MANAGEMENT, LLC ("Paradigm") is an Arlington, Virginia-based property management company that oversees multifamily and affordable housing communities throughout the Mid-Atlantic region. As part of the Paradigm

Companies family, it provides comprehensive property management services focused on maximizing asset performance and maintaining housing inventory. At all times relevant herein, Paradigm owned and operated the internet website located at the URL http://www.paradigmcos.com (the "Website").

4. Schumin alleges that Paradigm copied Schumin's copyrighted Work from the internet to advertise, market and promote its business activities. Paradigm committed the violations alleged in connection with its business for purposes of advertising and promoting leasing units to the public in the course and scope of the Paradigm's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Paradigm is subject to personal jurisdiction in Virginia.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Paradigm engaged in infringement in this district, Paradigm resides in this district, and Paradigm is subject to personal jurisdiction in this district.

## DEFENDANT

9. Paradigm Property Management, LLC is a Virginia Limited Liability Company, with its principal place of business at 1515 North Courthouse Road, Suite 600, Arlington, Virginia, 22201-2909, and can be served by serving its Registered Agent, Patricia Beyer Smith, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2010, Schumin created the photograph entitled "East Falls Church station," which is shown below and referred to herein as the "Work."




11. Schumin's Work is protected by copyright but is not otherwise proprietary, or a trade secret. The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

12. Schumin registered the Work with the Register of Copyrights on April 24, 2020 as part of a group registration. The Group Registration was assigned registration number VA 2-205-917. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. At all relevant times Schumin was the exclusive owner of the copyrighted Work.

## INFRINGEMENT BY PARADIGM

14. Paradigm has never been licensed to use the Work for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Paradigm copied the Work.

16. Within three years of filing this action, Schumin learned of the unauthorized use of his Work on the Website at the following URLs:

a. https://www.eastfallschurchapts.com/falls-church/east-falls-apartments/photos/; and

b. https://medialibrarycf.entrata.com/17698/MLv3/3/27/2022/12/15/021836/639b8f2b7a18a3.84028689443.jpg.

17. Paradigm copied Schumin's copyrighted Work without Schumin's permission.

18. After Paradigm copied the Work, it made further copies and distributed the Work on the internet to promote the leasing of its properties as part of its property management business.

19. Paradigm copied and distributed Schumin's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and leasing out properties it manages.

20. Paradigm committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Schumin never gave Paradigm permission or authority to copy, distribute or display the Work for any purpose.

22. Schumin notified Paradigm of the allegations set forth herein on June 3, 2025, June 30, 2025 and October 21, 2026. To date, Paradigm failed to respond to any communications.

23. As of the filing of this Complaint, Paradigm has removed the image from its website.

**COUNT I**
**DIRECT COPYRIGHT INFRINGEMENT**

24. Schumin incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Schumin owns a valid copyright in the Work.

26. Schumin registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Paradigm copied, displayed, and distributed the Work and made derivatives of the Work without Schumin's authorization in violation of 17 U.S.C. § 501.

28. Paradigm performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Schumin has been damaged.

31. The harm caused to Schumin has been irreparable.

WHEREFORE, the Plaintiff BENJAMIN SCHUMIN prays for judgment against the Defendant PARADIGM PROPERTY MANAGEMENT, LLC that:

a. Paradigm and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Paradigm be required to pay Schumin his actual damages and Defendant's profits attributable to the infringement, or, at Schumin's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Schumin be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Schumin be awarded pre- and post-judgment interest; and

e. Schumin be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Schumin hereby demands a trial by jury of all issues so triable.

**BENJAMINN SCHUMIN**

______*/s/*_________

By Counsel

Matthew W. Smith
VSB No. 44558
*Attorney for the Plaintiff*
OTEY SMITH & QUARLES
485 McLaws Circle
Williamsburg, VA 23185
757.903.2665 T
757.561.2378 F
MSMITH@OSQLAW.COM