AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

**Benjamin Schumin**
*Plaintiff(s)*

v.

**Paradigm Property Management, LLC**
*Defendant(s)*

Civil Action No. 1:26-cv-3786

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*

Paradigm Property Management, LLC
Serve: Registered Agent
Patricia Beyer Smith
1515 North Courthouse Road, Suite 600
Arlington, Virginia, 22201-2909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew W. Smith
Otey Smith & Quarles
485 McLaws Circle
Williamsburg, VA 23185
757.803.2665 – Telephone
msmith@osqlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:____________________________

____________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________________________________ was received by me on *(date)* ______________________.

☐ I personally served the summons on the individual at *(place)* ________________________________ ____________________________________________ on *(date)* __________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ________________________________, a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address: or

☐ I served the summons on *(name of individual)* _________________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ________________ ____________________________________________ on *(date)* __________________ ; or

☐ I returned the summons unexecuted because ________________________________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ _______________.

I declare under penalty of perjury that this information is true.

Date: __________________

________________________________________________
*Server's signature*

________________________________________________
*Printed name and title*

________________________________________________
*Server's address*

Additional information regarding attempted service, etc.: